ACCEPTED
15-25-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 2:09 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 2:09:22 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00077-CV

# In the Court of Appeals
# for the Fifteenth District of Texas
# At Austin, Texas

RUZEL LOVE, JR.,
*Appellant,*

v.

FELICIA MOSS AND UNIVERSITY OF TEXAS MEDICAL BRANCH,
*Appellees.*

On Direct Appeal from the 278th Judicial District Court
of Walker County, Texas
Trial Court Cause No. 2230739

## NOTICE OF ATTORNEY APPEARANCE FOR APPELLEES

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney
General

**AUSTIN KINGHORN**
Deputy Attorney General of
Civil Litigation

**BRIANA M. WEBB**
Acting Chief, Law Enforcement Defense

**ABIGAIL K. CARTER***
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24126376

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Attorney of Record
**Attorneys for Defendant-Appellee**

**TO THE HONORABLE COURT OF APPEALS:**

Appellees Felicia Moss and University of Texas Medical Branch, through the Attorney General of Texas, files this Notice of Attorney Appearance in the above-referenced case. The Office of the Attorney General (OAG) gives this Court notice that Assistant Attorney General Jacob I. Pons is no longer employed by the Law Enforcement Defense Division of the OAG and the above case has been reassigned.

Assistant Attorney General **Abigail K. Carter** is the new lead attorney-in-charge for Appellee Walton. Please add Assistant Attorney General **Abigail K. Carter** to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**BRENT WEBSTER**
FIRST ASSISTANT ATTORNEY GENERAL

**RALPH MOLINA**
DEPUTY FIRST ASSISTANT ATTORNEY GENERAL

**AUSTIN KINGSHORN**
DEPUTY ATTORNEY GENERAL FOR CIVIL LITIGATION

**BRIANA M. WEBB**
ACTING DIVISION CHIEF
LAW ENFORCEMENT DEFENSE DIVISION

*/s/Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Law Enforcement Defense
Attorney-in Charge
Texas State Bar No. 24126376

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109
Abigail.Carter@oag.texas.gov

**ATTORNEYS FOR APPELLEES**
**FELICIA MOSS AND UNIVERSITY**
**OF TEXAS MEDICAL BRANCH**

## CERTIFICATE OF SERVICE

I, **Abigail K. Carter,** Assistant Attorney General of Texas, certify that a true copy of the above and foregoing has been served by placing it in United States Mail, postage prepaid, certified mail on August 25, 2025, addressed to:

Ruzel Love, Jr., TDCJ No. 02359351    *Via CMRRR:* **7009 2250 0003 9939 8419**
TDCJ – East Texas Treatment Facility
900 Industrial Drive
Henderson, TX 75652
*Plaintiff-Appellant Pro Se*

*/s/Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicholas Larkin on behalf of Abigail Carter
Bar No. 24126376
nicholas.larkin@oag.texas.gov
Envelope ID: 104804633
Filing Code Description: Other Document
Filing Description: Notice of Appellate AIC  Love
Status as of 8/25/2025 2:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carson Young | | Carson.Young@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |
| Carson Young | | Carson.Young@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |
| Abigail Carter | | Abigail.Carter@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |
| Abigail Carter | | Abigail.Carter@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |
| Nicholas Larkin | | nicholas.larkin@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |
| Nicholas Larkin | | nicholas.larkin@oag.texas.gov | 8/25/2025 2:09:22 PM | SENT |